

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JASMYNE DAVIS, <br><br>    Plaintiff, <br><br>    v. <br><br> EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company; and ADVANCE BUREAU OF COLLECTIONS, LLP, a Georgia limited liability partnership, <br><br>    Defendants. | 2:19-CV-164 |

## ORDER

Before the Court is Plaintiff Jasmyne Davis' notice of voluntary dismissal, dkt. no. 12, wherein she states her intention to dismiss her claims against Defendant Equifax Information Services LLC ("Equifax") with prejudice.  Defendant Equifax having filed no answer to Plaintiff's Complaint, Davis is entitled to dismiss her claims against it pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, all claims Plaintiff asserted against Defendant Equifax in this action are **dismissed with prejudice**.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to terminate Equifax as a defendant in this

action.   Plaintiff's claims against Defendant Advance Bureau of Collections, LLP remain pending.

**SO ORDERED**, this 18th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA