FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 3:22 pm, Jun 26, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Jasmyne Davis,<br>  Plaintiff,<br>vs.<br>Equifax Information Services, LLC., et al.<br>  Defendants. | Case No. 2:19-cv-164 |

## ORDER OF DISMISSAL WITH PREJUDICE OF ADVANCE BUREAU OF COLLECTIONS, LLP

Plaintiff Jasmyne Davis have announced to the Court that all matters in controversy against Advance Bureau of Collections, LLP have been resolved. A Stipulation of Dismissal with Prejudice of Advance Bureau of Collections, LLP has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Advance Bureau of Collections, LLP, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Jasmyne Davis against Defendant Advance Bureau of Collections, LLP are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

There being no defendants remaining in this action, the Clerk is DIRECTED to close this case.

SO ORDERED, this ___26___ day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA